United States District Court
Southern District of Texas

**ENTERED**
January 20, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NOE GALVAN GARCIA JR., | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-15-2848 |
| SPRINT ENERGY SERVICES, LP, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 11), this action is dismissed with prejudice.

SIGNED on January 20, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge